FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -6  A 10: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALGIERS HOMESTEAD ASSOCIATION | CIVIL ACTION |
| VERSUS | NO. 00-0004 |
| PARAMOUNT SOFTWARE ASSOCIATION, INC., ET AL | SECTION: R(1) |

### ORDER REALLOTTING CASE

Plaintiff, **ALGIERS HOMESTEAD ASSOCIATION,** is represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 4th day of January, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  JAN - 7 2000

JAN 0 6 2000

REALLOTTED TO

SECT. F

Fee_____
Process___
X Dktd____
✓ CtRmDep__
Doc.No.__2__