```
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA

                                     FILED MAR 14 2000

                                     LORETTA G. WHYTE
                                            CLERK
```

CALL DOCKET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that the following cases will be called on Wednesday, April 26, 2000, at 10:00 a.m., before Judge Martin Feldman. Failure of counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket it will be **DISMISSED**.

```
99-3021 Douglas Bell    vs.   Dyn Marine Services, et al.
    atty: John Munoz
ORDERED
00-4    Algiers Homestead    vs. Paramount Software Association
    atty: Mark Mercante
ORDERED
00-182  USA    vs.   Yvette Franklin
    atty: Eneid Francis
ORDERED
00-202  USA    vs.   David Wemphen
    atty: Eneid Francis
ORDERED
00-225  Scottsdale Insruance Co.   Vs. Scott Jones, et al.
    atty: Mark Ross
ORDERED
00-305  Boston Old Colony Insurance vs. Bean Horizon Corp.
    atty: Scott Wheaton
ORDERED
00-392  Mae Etta McDonald vs. Cosco Shipping, et al.
    atty: Glenn Leiberman
ORDERED
```

_/s/ Steve Hill_

Steve Hill,   Section "F"

```
  Fee
  Process  ✓
X Dktd
  CtRmDep  ✓
  Doc.No.  4
```