UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALGIERS HOMESTEAD ASSOCIATION | * | CIVIL ACTION NO 00-0004 |
| VERSUS | * | SECTION "F" |
| PARAMOUNT SOFTWARE ASSOCIATION, INC. D/B/A PROFESSIONAL SOFTWARE OF AMARILLO | * * | MAGISTRATE DIVISION "1" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST MOTION FOR ENLARGEMENT TO TIME

NOW INTO COURT, through undersigned counsel, comes Thorne D. Harris III, attorney for Paramount Software Association, Inc., d/b/a Professional Software of Amarillo, and on suggesting to the Court that a complaint has been filed in this matter against the defendant, that counsel has just been engaged, and that additional time will be necessary to properly investigate and file responsive pleadings, and on further certifying to the Court that no previous extension has been granted and that no objection to such an extension has been filed, and hereby moves for an enlargement of time within which to file responsive pleadings.

## ORDER

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED & DECREED that defendant, Paramount Software Association, Inc., d/b/a Professional Software of Amarillo, be and hereby is granted an additional twenty (20) days from the signing of the order, within which to file responsive pleadings herein.

This done this 27th day of March, 2000.

_____
JUDGE

Z:\WPDocs\PSA\Pleadings\Motion Enlargement Time.wpd

DATE OF ENTRY  MAR 29 2000

Respectfully submitted:

Thorne D. Harris III
326 South Broad Street
New Orleans, Louisiana 70119
Voice: (504) 821-4343
Fax: (504) 822-6102
LSBA #6641
email:thorne@thornedharrisiii.com
Attorney for Professional Software of Amarillo

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21 day of March, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

THORNE D. HARRIS III