```
                                    UNITED STATES DISTRICT COURT
                                              FILED
                                         April 25, 2000
                                    EASTERN DISTRICT OF LOUISIANA
                                         Loretta G. Whyte
                                              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALGIERS HOMESTEAD ASSOCIATION | CIVIL ACTION |
| VERSUS | NO. 00-4 |
| PARAMOUNT SOFTWARE ASSOCIATION | SECTION "F |

## PRELIMINARY CONFERENCE NOTICE

   A PRELIMINARY CONFERENCE regarding this case will be held on **MAY 23, 2000, at 3:00 P.M.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

   **TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

*/s/ Steve Hill*
Steve Hill
COURTROOM DEPUTY CLERK, SECTION "F"
F589-7685

## NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
                                         __FEE_____
                                         XXPROCESS_____
                                         XXDOCKET___fv_
                                         XXCTRM DEP__7_
                                         DOCUMENT NO._7_
```