

MINUTE ENTRY
FELDMAN, J.
APRIL 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE FOLLOWING CASES WERE CALLED THIS DAY AND RULED ON AS FOLLOWS:

99-3021 Douglas Bell   vs.   Dyn Marine Services, et al.
    atty: John Munoz
ORDERED PLACE ON TRIAL DOCKET
00-4   Algiers Homestead   vs. Paramount Software Association
    atty: Mark Mercante
ORDERED PLACE ON TRIAL DOCKET
00-182  USA   vs.   Yvette Franklin
    atty: Eneid Francis
ORDERED CLOSED
00-202  USA   vs.   David Wemphen
    atty: Eneid Francis
ORDERED CLOSED
00-225 Scottsdale Insruance Co.   Vs. Scott Jones, et al.
    atty: Mark Ross
ORDERED PLACE ON TRIAL DOCKET
00-305 Boston Old Colony Insurance vs. Bean Horizon Corp.
    atty: Scott Wheaton
ORDERED PLACE ON TRIAL DOCKET
00-392 Mae Etta McDonald vs. Cosco Shipping, et al.
    atty: Glenn Leiberman
ORDERED CLOSED



DATE OF ENTRY APR 26 2000

___ Fee____
___ Process___
 X  Dktd____
___ CtRmDep___