FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 19 A 11: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALGIERS HOMESTEAD ASSOCIATION** | * | **CIVIL ACTION NO 00-0004** |
| **VERSUS** | * | **SECTION "F"** |
| **PARAMOUNT SOFTWARE ASSOCIATION, INC. D/B/A PROFESSIONAL SOFTWARE OF AMARILLO** | * * | **MAGISTRATE DIVISION "1"** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE PRELIMINARY CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Paramount Software Association, Inc., d/b/a Professional Software of Amarillo, and on suggesting to the Court that the parties are near settlement and require an additional thirty days to complete same and that it would be in the interest of judicial economy to postpone and continue the preliminary conference currently scheduled for May 23, 2000 at 3:00 P.M. for at least thirty days, defendant hearby moves for such an order.

## ORDER

Considering the foregoing Motion;

IT IS ORDERED, that the preliminary conference presently scheduled for May 23, 2000 at 3:00 P.M. be and hearby is continued and rescheduled for the _20th_ day of _June_, 2000 at _2:30_ O'Clock _P_.M.

Thus done in New Orleans this _MAY 22_, 2000.

_[signature]_
JUDGE

Respectfully submitted:

_[signature]_

Z:\WPDocs\PSA\Pleadings\Motion to Continue Preliminary Conference.wpd

DATE OF ENTRY
MAY 2 2 2000

Thorne D. Harris III
326 South Broad Street
New Orleans, Louisiana 70119
Voice: (504) 821-4343
Fax: (504) 822-6102
LSBA #6641
email:thorne@thornedharrisiii.com
Attorney for Professional Software of Amarillo

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __19__ day of __May_____, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

THORNE D. HARRIS III