UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2000 JUN 16  P 4: 39

LORETTA G. WHYTE

| | | |
|---|---|---|
| ALGIERS HOMESTEAD ASSOCIATION | * | CIVIL ACTION NO 00-0004 |
| VERSUS | * | SECTION "F" |
| PARAMOUNT SOFTWARE ASSOCIATION, INC. D/B/A PROFESSIONAL SOFTWARE OF AMARILLO | * * | MAGISTRATE DIVISION "1" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CONTINUE PRELIMINARY CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Paramount Software Association, Inc., d/b/a Professional Software of Amarillo, and on suggesting to the Court that the parties are near settlement, and the preparation of settlement documents has now begun, and drafts are currently being prepared by counsel for Paramount Software Association who asserts to the Court that he has already sent an initial draft to his client and expects a draft to be circulated to opposing counsel within the next ten days, but that an additional thirty days may be required to complete the settlement, and that it would be in the interest of judicial economy to postpone and continue the preliminary conference currently scheduled for June 20, 2000 at 2:30 P.M. for at least thirty days, defendant hearby moves for such an order. Undersigned counsel further certifies to the Court that opposing counsel is in agreement with the foregoing and a continuance of the of conference.

### ORDER

Considering the foregoing Motion;   DATE OF ENTRY  JUN 2 1 2000

\\BOS1\Z\WPDocs\PSA\Pleadings\Motion to Continue Preliminary Conference.wpd



IT IS ORDERED, that the preliminary conference presently scheduled for June 20, 2000 at 2:30 P.M. be and hearby is continued and rescheduled for the 8th day of August, 2000 at 3:00 O'Clock P.M.

Thus done in New Orleans this 6-20-00 ~~day of~~ ~~2000~~.

_____
JUDGE

Respectfully submitted:

_____
Thorne D. Harris III
326 South Broad Street
New Orleans, Louisiana 70119
Voice: (504) 821-4343
Fax: (504) 822-6102
LSBA #6641
email:Thorne@ThorneDHarrisIII.com
Attorney for Professional Software of Amarillo

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16 day of June, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
THORNE D. HARRIS III