# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALGIERS HOMESTEAD ASSOCIATION | * | CIVIL ACTION NO 00-0004 |
| VERSUS | * | SECTION "F" |
| PARAMOUNT SOFTWARE ASSOCIATION, INC. D/B/A PROFESSIONAL SOFTWARE OF AMARILLO | * * | MAGISTRATE DIVISION "1" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER OF DISMISSAL

On the Joint Motion of all parties hereto, and on suggesting to the Court that this matter has been fully resolved through compromise, all parties hereto move that all claims by all parties be dismissed, with prejudice, each party to pay its own costs.

### ORDER

Considering the foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint filed herein, as well as all of the claims of all parties, be and hereby are dismissed, with prejudice, each party to pay its own costs.

Thus done this 7th day of NOV., 2000, at New Orleans, Louisiana.

United States District Judge

Respectfully submitted:

_____
Richard J. Tyler (#1155)
Mark W. Mercante, T.A. (#23867)
Jones, Walker, Waechter
Poitevent, Carrére & Denégre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Attorneys for Algiers Homestead Association

\\BOS1\Z\WPDocs\PSA\Pleadings\Motion of Dismissal.wpd

DATE OF ENTRY
NOV 7 - 2000